Decided November 9, 2005

REGINA GOEBEL *v.* RICHARD P. GLOVER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 442 (AC 25545), is denied.

*Richard McCarthy,* in support of the petition.

Decided November 9, 2005

RONALD M. THOMPSON *v.* COMMISSIONER OF CORRECTION

The petitioner Ronald M. Thompson's petition for certification for appeal from the Appellate Court, 91 Conn. App. 205 (AC 25583), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the habeas court's conclusion that the petitioner had not established ineffective assistance of counsel regarding his conviction for failure to appear in connection with the March 6, 2000 appearance?"

The Supreme Court docket number is SC 17559.

*H. Owen Chace,* special public defender, in support of the petition.

*Christine Collyer,* special deputy assistant state's attorney, in opposition.

Decided November 9, 2005